# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-72

**Caption [use short title]**

**Motion for:** MOTION FOR LEAVE TO FILE APELLANT'S BRIEF OUT OF TIME

**Set forth below precise, complete statement of relief sought:**

Pursuant to Federal Rule of Apellate Procedure 26(b), A, the Apellant respectfully moves this Court for leave to file her brief & appendix out of time. Appellant submitted her appeal brief & appendix to this Court on 4/19/25 after the filing deadline.

Jackson v. Amazon.com, Inc.

**MOVING PARTY:** SILICIA ANIQUE JACKSON  
**OPPOSING PARTY:** AMAZON.COM, INC., AMAZON.COM SERVICES LLC

[ ] Plaintiff [ ] Defendant
[✔] Appellant/Petitioner [ ] Appellee/Respondent

**MOVING ATTORNEY:**  
Silicia Anique Jackson  
35 Stage Lane  
Staten Island, NY 10304

**OPPOSING ATTORNEY:** Eli Z. Freedberg, Thelma Akpan  
[name of attorney, with firm, address, phone number and e-mail]  
Littler Mendelson, P.C.  
900 Third Avenue  
New York, NY 10022

**Court- Judge/ Agency appealed from:** Hon. Ann M. Donnelly of the U.S. District Court for the Eastern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✔] Yes [ ] No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this court? [ ] Yes [ ] No
Requested return date and explanation of emergency:

Opposing counsel's position on motion:
[ ] Unopposed [ ] Opposed [✔] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes [ ] No [✔] Don't Know

Is oral argument on motion requested? [ ] Yes [✔] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [✔] No If yes, enter date:

**Signature of Moving Attorney:**

_____ Date: _____ Service by: [ ] CM/ECF [ ] Other [Attach proof of service]

**Signature of Moving ~~Attorney~~ Party:**
Silicia Anique Jackson  Date: 4/19/25  Service by: U.S. Court of Appeals for the 2nd Circuit, Night Depository Box

Form T-1080 (rev. 12-13)

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

| | |
|---|---|
| SILICIA ANIQUE JACKSON, | |
| Plaintiff-Appellants, | Docket No. 25-72 |
| v. | MOTION FOR LEAVE TO FILE APPELLANT'S BRIEF AND APPENDIX OUT OF TIME |
| AMAZON.COM, INC. and AMAZON.COM SERVICES LLC, | |
| Defendants-Appellees | |

I, Silicia Anique Jackson ("Appellant"), pursuant to Federal Rule of Appellate Procedure 26(b) and Second Circuit Local Rule 27.1, respectfully moves the Court for leave to file her appeal brief and appendix out of time. The Appellant submitted her brief to the Court on 4/19/25 after the filing deadline of 4/17/25.

The delay resulted from an unexpected and debilitating migraine beginning on the night of 4/16/25 and persisting on 4/17/25 through the filing deadline. The migraine, which emanated from a cyst on the top left side of the Appellant's scalp, caused blurry vision, nausea, fatigue, brain fog and sleepiness.

1

The Appellant acted in good faith and without intent to delay the proceedings, and as she has never had a prior offense with this Court before, she asks for the Court's leniency in this matter.

Dated: April 19, 2025

Respectfully Submitted,

*[signature]*

Silicia Anique Jackson, Pro Se
35 Stage Lane
Staten Island, NY 10304
Tel. (212) 257-6960
siliciajackson@hotmail.com

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:
SILICIA ANIQUE JACKSON,
Plaintiff - Appellant,

**CERTIFICATE OF SERVICE***

Docket Number: 25-72

v.

AMAZON.COM, INC. and
AMAZON.COM SERVICES LLC,
Defendants - Appellees.

I, Silicia Anique Jackson, hereby certify under penalty of perjury that
(print name)
on 4/19/25 (date), I served a copy of Motion For Leave To File
Apellant's Brief and Appendix Out of Time
(list all documents)

by (select all applicable)**

___ Personal Delivery    _X_ United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier   ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| AMAZON.COM, INC. | 300 Deschutes Way SW, Suite 208 MC-CSC1 | Turnwater | WA | 98501 |
| AMAZON.COM SERVICES LLC | 300 Deschutes Way SW, Suite 208 MC-CSC1 | Turnwater | WA | 98501 |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

4/19/25
Today's Date

[Signature: Silicia Anique Jackson]
Signature

Certificate of Service Form (Last Revised 12/2015)